IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COMPLETE PROTOTYPE SERVICES, INC.,

    Plaintiff,

v.

PENDA CORPORATION,

    Defendants.

Case No. 23-cv-247-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Penda Corporation against plaintiff Complete Prototype Services, Inc. dismissing this case.

| s/ Deputy Clerk | 11/22/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |